IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ABDULLAH M. RASHEED,

   Petitioner,

    v.

HUGH SMITH, Warden,

   Respondent.

CIVIL ACTION FILE
NO. 1:05-CV-629-TWT

OPINION AND ORDER

    This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 19] of the Magistrate Judge recommending dismissing the Petition. The Petitioner objects to the portion of the Report and Recommendation finding that the portion of Claim Three relating to an alleged "amendment" to the indictment was unexhausted. Mere reference to an amendment to the indictment during argument at the hearing on the state habeas corpus proceeding is insufficient to fairly present the issue to the state court. The Magistrate Judge properly found that this claim was unexhausted. In any event, it is certain that the state habeas corpus court would have found that the claim was procedurally defaulted by failing to present it at trial and on direct appeal. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 11 day of July, 2006.

                                               /s/Thomas W. Thrash
                                               THOMAS W. THRASH, JR.
                                               United States District Judge